# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON A. WILLIAMS, JR., | No. 3:18-CV-01150 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| PA DEPT OF CORRECTIONS, et al, | |
| Defendants. | |

## ORDER

**MARCH 29, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 29) is **ADOPTED in part and REJECTED in part**;

2. Moving Defendants' motion to dismiss (Doc. 18) is **GRANTED in part**. Williams' claims alleging medical negligence and violations of the Pennsylvania constitution are **DISMISSED WITH PREJUDICE**. Williams' Eighth Amendment claim against CCS is **DISMISSED WITHOUT PREJUDICE**, as is any claim against Moving Defendants for medical treatment on or after October 17, 2016;

3. The motion is **DENIED** in all other respects; and

4. The matter is remanded back to Magistrate Judge William I. Arbuckle for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge